IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-14074-J

_____

UNITED STATES OF AMERICA,

                                                Plaintiff-Appellee,

versus

PETER TARANTINO,
TODD CHRISLEY,
a.k.a. Michael Todd Chrisley,
JULIE CHRISLEY,

                                                Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

The Chrisley Appellants' "Motion for Bail Pending Appeal with Report Date of January 17, 2023" is DENIED.

The Chrisley Appellants' "Emergency Motion for Stay Pending Decision on Bail Pending Appeal Seeking Relief Before January 17, 2023" is DENIED AS MOOT.

The Clerk is directed to treat any motion for reconsideration of this order as a non-emergency matter.

                                                /s/ Elizabeth L. Branch
                                            UNITED STATES CIRCUIT JUDGE