No. 22-14074

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*v.*

MICHAEL "TODD" CHRISLEY,
JULIE CHRISLEY,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
THE HONORABLE ELEANOR L. ROSS, DISTRICT JUDGE
CASE NO. 1:19-cr-00297-ELR-JSA

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

BRENTON L. THOMPSON
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
(205) 251-3000

*Counsel for Defendants-Appellants*

December 11, 2023

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| Anand, Honorable Justin S. | RES-GA (Integrity/Haven) |
| Anulewicz, Christopher S. | Ross, Honorable Eleanor L. |
| Buchanan, Ryan K. | Samuel, Donald F. |
| Candence Bank (BCB) (CADE) | Security Bank (SECB) |
| Chrisley, Julie | Sistla, Alex R. |
| Chrisley, M. Todd | Sneed, Sekret T. |
| Clarkson, John T. | Sommerfeld, Lawrence R. |
| Erskine, Kurt R. | SouthState (Midtown) (SSB) |
| Georgia Department of Revenue | Sponseller, Alex F. |
| Griffin, Daniel P. | Stearns Bank (ABT) (SFSI) |
| Jacobs, Julie A. | Surgent, Jay V. |
| Jones, Vivieon K. | Synovus, Bank (AFBT) (SNV) |
| Krepp, Thomas J. | Tarantino, Peter |
| Lawson, Zachary C. | Thompson, Brenton |
| Leach, Arthur W. | Truist (Haven) (TFC) |
| Little, J. Alex | United Community Bank (UCBI) |
| Morris, Bruce H. | United States of America |
| Pak, Byung J. | Vey, Alexander C. |
| Peters, Annalise K. | Why, John J. V. |
| Ramey, E. Travis | Wilson, Laurabeth |
| Regions Bank (RF) | |

                                      *s/ Brenton L. Thompson*
                                      Brenton L. Thompson

                                      One of the Attorneys for
                                      Defendants-Appellants
                                      Michael "Todd" Chrisley
                                      Julie Chrisley

**OF COUNSEL**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
brentonthompson@burr.com

## MOTION TO WITHDRAW AS COUNSEL

Brenton L. Thompson of the law firm of Burr & Forman LLP moves this Court to enter an order allowing him to withdraw as counsel of record for Defendants-Appellants Michael "Todd" Chrisley and Julie Chrisley. In further support of this motion, counsel states the following:

1. Counsel is departing Burr & Forman LLP.

2. Counsel's withdrawal will not have a material adverse effect on the Defendants-Appellants' interests.

3. Defendants-Appellants will continue to be represented by able counsel, including J. Alex Little and Zack C. Lawson of the law firm of Burr & Forman, LLP and Jay V. Surgent of the law firm of Weiner Law Group, LLP.

4. Opposing counsel does not oppose this motion.

Respectfully submitted,

*s/ Brenton L. Thompson*
Brenton L. Thompson

One of the Attorneys for
Defendants-Appellants
Michael "Todd" Chrisley
Julie Chrisley

**OF COUNSEL**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
brentonthompson@burr.com

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-face requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This Motion has been prepared in 14-point Century Schoolbook, which is a proportionally spaced font that includes serifs.

This Motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 158 words, excluding the cover, certificate of interested persons, the signature block, the Rule 32 certificate, and the certificate of service.

<i>s/ Brenton L. Thompson</i><br>
Brenton L. Thompson<br><br>
One of the Attorneys for<br>
Defendants-Appellants<br>
Dated: December 11, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will serve all CM/ECF participants.

*s/ Brenton L. Thompson*
Brenton L. Thompson
