No. 22-14074

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA**,
*Plaintiff—Appellee,*

v.

**MICHAEL "TODD" CHRISLEY & JULIE CHRISLEY,**
*Defendants—Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
THE HONORABLE ELEANOR L. ROSS, DISTRICT JUDGE
CASE NO. 1:19-cr-00297-ELR-JSA

## NOTICE OF CHANGE OF FIRM

Defendants Todd and Julie Chrisley hereby give notice of the following changes to their counsel's contact information:

1. On December 22, 2022, attorneys J. Alex Little and Zachary Lawson filed appearances of counsel. (Doc. 10 & 11.) At the time, Mr. Little and Mr. Lawson were affiliated with the firm of Burr & Forman LLP.

2. The firm affiliation of Mr. Little and Mr. Lawson has changed from Burr & Forman LLP to Litson PLLC.

3. In addition, the email addresses for Mr. Little and Mr. Lawson are now alex@litson.co and zack@litson.co, and their mailing address is 6339 Charlotte Pike Unit C321, Nashville, TN 37209. The Litson PLLC telephone is (615) 985-8205.

4.　　All pleadings, orders, and notices should be sent to the new addresses. A corresponding change has been made within the Court's CM/ECF system already.

Dated: May 22, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Alex Little*
　　　　　　　　　　　　　　　　　　　J. Alex Little (TN BPR #29858)
　　　　　　　　　　　　　　　　　　　Zachary C. Lawson (TN BPR #36092)
　　　　　　　　　　　　　　　　　　　Litson PLLC
　　　　　　　　　　　　　　　　　　　6339 Charlotte Pike, Unit C321
　　　　　　　　　　　　　　　　　　　Nashville, TN 37209
　　　　　　　　　　　　　　　　　　　Telephone: 615-985-8205
　　　　　　　　　　　　　　　　　　　alex@litson.co
　　　　　　　　　　　　　　　　　　　zack@litson.co
　　　　　　　　　　　　　　　　　　　*Attorneys for Todd and Julie Chrisley*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May 2024, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ J. Alex Little*